1038

[No. 71309-4-I.   Division One.   March 30, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. D'ANDRE JOVON CORBIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-06159-5, Mariane C. Spearman, J., entered December 6, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Becker, J., concurred in by Schindler and Lau, JJ.

[No. 71837-1-I.   Division One.   March 30, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DELANTE IAN HOWERTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-13882-1, Douglass A. North, J., entered March 28, 2014. *Affirmed* by unpublished opinion per Lau, J., concurred in by Appelwick and Dwyer, JJ. Now published at 187 Wn. App. 357.

[No. 44168-3-II.   Division Two.   March 31, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS C. BAZE, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 12-1-00123-5, Amber L. Finlay, J., entered October 15, 2012. *Affirmed* by unpublished opinion per Lee, J., concurred in by Johanson, C.J., and Maxa, J.